\  IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BRUCE LYNN COLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-05-1017-R |
| | ) | |
| **JOHN WHETSEL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered November 30, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice to refiling due to Plaintiff's failure to pay the initial partial filing fee.

**It is so ordered this 21st day of December, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE